# COURTROOM MINUTES
# CRIMINAL

DATE: 5/13/2022   DAY: Friday   START TIME: 1:23 pm   END TIME: 1:33 pm
JUDGE/MAG.: SLC   CLERK: JLS   REPORTER: FTR
PROBATION OFFICER: M. Sutor   INTERPRETER:    SWORN: YES ☐ NO ☐
CASE NUMBER: 22-mj-69-slc   CASE NAME: USA v. Conlin Weyer
PROCEEDING: Initial Appearance on Rule 5

**APPEARANCES:**
ASST. U.S. ATTY.: Elizabeth Altman   DEFENDANT ATTY.: Joseph Bugni

DEFENDANT PRESENT:   ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

Defendant released on conditions.

TOTAL COURT TIME: 10 min