RULE_5,

# U.S. District Court
# Western District of Wisconsin (Madison)
# CRIMINAL DOCKET FOR CASE #: 3:22-mj-00069-slc-1
# Internal Use Only

| | |
|---|---|
| Case title: United States of America v. Weyer, Conlin | Date Filed: 05/13/2022 |
| Plea Filings | Sentencing Filings |

Assigned to: Magistrate Judge Stephen L. Crocker

**Defendant (1)**

| | | |
|---|---|---|
| **Conlin Weyer** | represented by | **Joseph Aragorn Bugni** <br> Federal Defender Services <br> 22 East Mifflin Street, Suite 1000 <br> Madison, WI 53703 <br> 608-260-9900 <br> Fax: 608-260-9901 <br> Email: Joseph_Bugni@fd.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| United States of America | represented by | **Elizabeth Altman** |
|---|---|---|
| | | United States Attorney's Office |
| | | 222 West Washington Avenue |
| | | Suite 700 |
| | | Madison, WI 53703 |
| | | 608-264-5158 |
| | | Fax: 608-264-5054 |
| | | Email: elizabeth.altman@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Government* |

| **Date Filed** | **#** | **Docket Text** |
|---|---|---|
| 05/13/2022 | 🔒 1 | Rule 5(c)(3) Documents from District of Columbia (Case Number: 22-mj-00103) by United States of America as to Colin Weyer (Attachments:<br># 1 Redacted Complaint,<br># 2 Statement of Facts,<br># 3 Arrest Warrant (Sealed Document)) (rks) (Entered: 05/13/2022) |
| 05/13/2022 | | Initial Appearance - Rule 5/32.1 set for 5/13/2022 at 01:15 PM as to defendant Colin Weyer. (rks) Modified on 5/13/2022 (rks). (Entered: 05/13/2022) |
| 05/13/2022 | 2 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Initial Appearance on Rule 5/Rule 32.1 Arrest as to Conlin Weyer held on 5/13/2022. Identity Hearing waived. Defendant released on conditions. [:10] (Court Reporter FTR.) (jls) (Entered: 05/13/2022) |
| 05/13/2022 | 3 | Waiver of Identity Hearing by Conlin Weyer. (jls) (Entered: 05/13/2022) |
| 05/13/2022 | 4 | ORDER Setting Conditions of Release re: Conlin Weyer. Signed by Magistrate Judge Stephen L. Crocker on 5/13/2022. (jls) (Entered: 05/13/2022) |